# Exhibit A



# Semaglutide + BPC-157 (Injectable)

Approved in 2021 by the FDA for chronic weight management in obese/overweight adults, this injection has been described as a "game-changer."

"We have not seen this degree of weight loss with any previous medication," said Dr. Timothy Garvey of the University of Alabama at Birmingham. According to data from trial results, more than 50 percent of trial participants lost 15 percent of their body weight, and anywhere between a third and 40 percent of participants lost 20 percent of their body weight.

The public realizing that obesity is a disease is an important fact when it comes to attitudes regarding obesity and weight loss. According to Dr. Garvey, "Many people among the lay public and many health care professionals as well think about obesity primarily as a lifestyle choice, even today, despite our scientific understanding of obesity as a disease. That's why I think these trials are important."



## Impact of Semaglutide
Part of a class of medications called GLP-1 receptor agonists, Semaglutide increases insulin secretion, which is good for diabetics. But in higher doses, it acts on centers in the brain and suppresses appetite. Used in conjunction with diet and exercise, Semaglutide helps patients stick to a reduced-calorie diet, enhancing the weight loss process.

## Dosage and Administration
- Month 1: 0.25 mg (0.1 mL) once weekly
- Month 2: 0.5 mg (0.2 mL) once weekly
- Month 3: 1.0 mg (0.4 mL) once weekly
- Month 4: 1.75 mg (0.7 mL) once weekly
- Month 5: 2.5 mg (1 mL) once weekly
  - Injectable Semaglutide can be taken with or without food
  - If you need to change the day of the week, it is no problem as long as last dose was given 2 or more days before.

## Potential Side Effects
The most common side effects may include nausea, diarrhea, vomiting, constipation, stomach pain, headache, fatigue, dizziness, bloating, gas, and heartburn. More serious side effects may include:
- Pancreatitis (inflammation of the pancreas)
- Gallbladder problems
- Kidney problems/failure
- Serious allergic reactions
- Increased heart rate
- Depression

## In Combination with BPC-157
BPC-157 stands for Body Protection Compound 157, a peptide chain. It is considered a synthetic, because the peptide sequence does not exist in nature. However, it is based on a protective compound present in the human stomach. BPC-157 works by triggering the formation of new blood vessels (angiogenesis). This may promote healing and induce faster regeneration for cells.

## Benefits of BPC-157
BPC-157 may provide many benefits for the human body, including:
- Treating intestinal damage like fistulas and inflammation
- Healing stomach ulcers
- Improving wound healing
- Increasing cellular regeneration
- Boosting bone and joint healing
- Promoting muscular development

### Reference
John P.H. Wilding, D.M., Rachel L. Batterham, M.B., B.S., Ph.D., Salvatore Calanna, Ph.D., Melanie Davies, M.D., Luc F. Van Gaal, M.D., Ph.D., Ildiko Lingvay, M.D., M.P.H., M.S.C.S., Barbara M. McGowan, M.D., Ph.D., Julio Rosenstock, M.D., Marie T.D. Tran, M.D., Ph.D., Thomas A. Wadden, Ph.D., Sean Wharton, M.D., Pharm.D., Koutaro Yokote, M.D., Ph.D.,et al. Once-Weekly Semaglutide in Adults with Overweight or Obesity. N Engl J Med 2021; 384:989-1002

### Contact Us for More Info:

Phone: (866) 316-5186 | Fax: (877) 401-5653
Email: info@wellsrx.com | Website: wellsrx.com