**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**NOVO NORDISK INC.,**

**Plaintiff,**

**v.**

**CASE NO. 5:23-cv-689-ACC-PRL**

**WELLS PHARMACY NETWORK, LLC,**

**Defendant.**

**NOTICE OF APPEAL**

Plaintiff Novo Nordisk Inc., by and through undersigned counsel, hereby appeals to the U.S. Court of Appeals for the Eleventh Circuit the (1) Order granting Defendant's motion for summary judgment on February 12, 2025 (Dkt. 48); and (2) Judgment entered in favor of Defendant on February 13, 2025 (Dkt. 49).

Dated: March 11, 2025

Respectfully submitted,

*/s/Jordan S. Cohen*

Jordan S. Cohen, Esquire
Florida Bar No. 551872
JCohen@wickersmith.com
WICKER SMITH O'HARA MCCOY & FORD, P.A.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400

Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353

Gregory L. Halperin (*Admitted pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building,
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1166
ghalperin@cov.com

Michael X. Imbroscio (*Admitted pro hac vice*)
Julie A. Dohm (*Admitted pro hac vice*)
Amee Frodle (*Admitted pro hac vice*)
Tiffany P. Rodriguez (*Admitted pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

***Attorneys for Plaintiff***
***NOVO NORDISK INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send a notice of electronic filing to all counsel of record.

*/s/Jordan S. Cohen*